[No. 4270–7–III.   Division Three.   March 2, 1982.]

*In the Matter of the Marriage of* DOROTHY A. MANISCALCO, *Appellant, and* NICHOLAS S. MANISCALCO, *Respondent.*

Appeal from a judgment of the Superior Court for Stevens County, No. 21788, Sidney R. Buckley, J., entered October 29, 1980. *Affirmed in part* and *remanded* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Roe, J.

[No. 4802–II.   Division Two.   March 3, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–451, John H. Kirkwood, J., entered May 23, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Worswick, JJ.

[No. 4998–II.   Division Two.   March 3, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY BOSIN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–598, John H. Kirkwood, J., entered September 5, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Worswick, JJ.